# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Dallas Division

HONORABLE: *Irma C. Ramirez* PRESIDING

DEPUTY CLERK: *Lisa Martin*   COURT REPORTER/TAPE NUMBER: *Digital*

LAW CLERK:   USPO:

INTERPRETER:   Date: *June 1, 2011*

Cr. No. *3:11-CR-152-L*   DEFT. No.

UNITED STATES OF AMERICA §
v. § *Candy Heath*, AUSA
*Jason Allen Neff* §
Defendant's Name § *Charles Allen*
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: *2 mins*

Trial Status:
- [ ] Completed by Jury Verdict
- [ ] Continued from Previous Month
- [ ] Directed Verdict
- [ ] Evidence Entered
- [ ] Hung Jury
- [ ] Jury Selection Only, continued
- [ ] Jury Selection or Verdict Only (No Trial Before this Judge)
- [ ] Mistrial
- [ ] Settled/Guilty
- [ ] None

Days in Trial:

Hearing Concluded: [ ] Yes  [ ] No

- [ ] Defendant SWORN.
- [X] Arraignment  [ ] Rearraignment - Held on count(s) *1, 2 + 5*
- of the *5* count(s) [X] Indictment  [ ] Information  [ ] Superseding Indictment  [ ] Complaint
- [ ] Superseding Information
- [X] Sentencing Guidelines
- [X] Deft enters a plea of [X] Not Guilty  [ ] Guilty  [ ] Nolo
- [ ] Waiver of Jury Trial
- [ ] Waiver of Indictment filed
- [ ] Plea Agreement accepted  [ ] Court defers acceptance of Plea Agreement
- [ ] Plea Agreement filed (see agreement for details)  [ ] No Plea Agreement
- [ ] Plea Agreement included with Factual Resume.
- [ ] Factual Resume filed.
- [ ] Sentencing set  Date:  Time:
- [ ] Trial set for  Date:  Time:
- Pretrial motions due:  Discovery motions/Government Responses due:
- [ ] Orders for PSI, Disclosure Date and Setting Sentencing entered.
- [ ] PSI waiver filed. PSI due:  Pre-sentence Referral Form to:
- [ ] Deft Bond  [ ] Set  [ ] reduced to $  [ ] Cash  [ ] Surety  [ ] 10%  [ ] PR
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Bond  [ ] continued  [ ] forfeited
- [X] Deft Custody/Detention continued.
- [ ] Deft REMANDED to custody.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 1 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy

OTHER PROCEEDINGS: *Scheduling order to enter*