

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| vs. | ] | NO. 3:11-CR-152-L-1 |
| | | |
| JASON ALLEN NEFF | | |

### ORDER DENYING MOTION FOR REQUEST FOR DEFENDANT TO HAVE A COMPUTER IN SEAGOVILLE DETENTION CENTER

On May 29, 2014, this Court had a hearing on Defendant's Motion to Permit Use of a Laptop Computer in the Seagoville Detention Center. The matter was resolved by providing Defendant access to a computer while in the United States Courtroom. As a result, the Motion is DENIED as moot.

PAUL D. STICKNEY

UNITED STATES MAGISTRATE JUDGE